**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ranae Wendy Covey                                    CHAPTER 13
                          Debtor(s)

                                                    BKY. NO. 26-22179 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of PNC Bank, NA and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Matthew Fissel*
                          Matthew Fissel
                          07 Aug 2026, 12:47:46, EDT

                          Matthew Fissel, Esq. (314567)    ☑
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          412-430-3594
                          bkgroup@kmllawgroup.com