| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Ranae Wendy Covey**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–1730<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:    13    8/4/26 | |
| Case number:  26–22179–GLT | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ranae Wendy Covey | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 600 North Geary St.<br>Mount Pleasant, PA 15666 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Koppers Building<br>436 Seventh Ave. Ste. 322<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/5/26 |

**For more information, see page 2**

Debtor **Ranae Wendy Covey**                                                                      Case number **26–22179–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 19, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/18/26**<br><br><br><br><br><br><br><br>**Filing deadline: 10/13/26**<br><br><br>**Filing deadline: 1/31/27** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**10/19/26** at **09:00 AM** , Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-22179-GLT |
| Ranae Wendy Covey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 05, 2026 | Form ID: 309iPGH | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ranae Wendy Covey, 600 North Geary St., Mount Pleasant, PA 15666-1218 |
| 16698511 | + | Happen Bank, 88 Kearny Street, Suite 600, San Francisco, CA 94108-5530 |
| 16698512 | | Lending Club, 88 Kearny St, San Francisco, CA 94108-5530 |
| 16698517 | + | Pinnacle Bank / BHG Financial, 201 Solar Street, Syracuse, NY 13204-1425 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Aug 06 2026 01:57:00 | Kenneth Steidl, Steidl & Steinberg, Koppers Building, 436 Seventh Ave. Ste. 322, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Aug 06 2026 01:57:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Aug 06 2026 05:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 06 2026 05:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 06 2026 01:57:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16698491 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 06 2026 01:59:58 | Affirm, Inc., 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 16698493 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 01:59:57 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 16698492 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 01:59:47 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 16698495 | | EDI: TSYS2 | Aug 06 2026 05:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 16698494 | | EDI: TSYS2 | Aug 06 2026 05:39:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 16698497 | | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 06 2026 01:59:46 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 16698496 | | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 06 2026 01:59:46 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 16698499 | | EDI: CAPITALONE.COM | Aug 06 2026 05:39:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16698498 | | EDI: CAPITALONE.COM | Aug 06 2026 05:39:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| 16698500 | EDI: CITICORP | Aug 06 2026 05:39:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
|---|---|---|---|
| 16698501 | EDI: CITICORP | Aug 06 2026 05:39:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16698503 | EDI: CITICORP | Aug 06 2026 05:39:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16698502 | EDI: CITICORP | Aug 06 2026 05:39:00 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16698505 | EDI: CITICORP | Aug 06 2026 05:39:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16698504 | EDI: CITICORP | Aug 06 2026 05:39:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16698506 | EDI: DISCOVER | Aug 06 2026 05:39:00 | Discoverc, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16698508 | Email/Text: collecadminbankruptcy@fnni.com | Aug 06 2026 01:57:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 16698507 | Email/Text: collecadminbankruptcy@fnni.com | Aug 06 2026 01:57:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 16698510 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 06 2026 01:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16698509 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 06 2026 01:57:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16698513 | + EDI: LENDNGCLUB | Aug 06 2026 05:39:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 16698519 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 06 2026 01:57:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 16698518 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 06 2026 01:57:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 16698514 | Email/Text: recovery@paypal.com | Aug 06 2026 01:57:00 | PayPal Pay Monthly, P.O. Box 45950, Omaha, NE 68145-0950 |
| 16698515 | Email/Text: bkrgeneric@penfed.org | Aug 06 2026 01:57:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 16698516 | Email/Text: bkrgeneric@penfed.org | Aug 06 2026 01:57:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 16698520 | Email/Text: DeftBkr@santander.us | Aug 06 2026 01:57:00 | Santander Bank, PO Box 841002, Boston, MA 02284-1002 |
| 16698521 | Email/Text: DeftBkr@santander.us | Aug 06 2026 01:57:00 | Santander Bank, Attn: Bankruptcy Dept MA1-MB3-01-09,, PO Box 841002, Boston, MA 02284-1002 |
| 16698522 | Email/Text: bankruptcies@splashfinancial.com | Aug 06 2026 01:57:00 | Splash Financial/Ftfcu, PO Box 74644, Cleveland, OH 44194-0727 |
| 16698523 | + EDI: SYNC | Aug 06 2026 05:39:00 | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16698524 | EDI: SYNC | Aug 06 2026 05:39:00 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16698525 | EDI: SYNC | Aug 06 2026 05:39:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 16698526 | + EDI: SYNC | Aug 06 2026 05:39:00 | Synchrony Bank/PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 309iPGH | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 16698527 | + | EDI: SYNC | Aug 06 2026 05:39:00 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16698528 | | EDI: SYNC | Aug 06 2026 05:39:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16698529 | + | EDI: SYNC | Aug 06 2026 05:39:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16698530 | | EDI: SYNC | Aug 06 2026 05:39:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 16698531 | | Email/Text: bkr@townemortgage.com | Aug 06 2026 01:58:00 | Towne Mortgage Co, 13325 E 14 Mile Rd, Sterling Heights, MI 48312-6303 |
| 16698532 | | Email/Text: bkr@townemortgage.com | Aug 06 2026 01:58:00 | Towne Mortgage Co, Attn: Bankruptcy, 888 W Big Beaver Rd Ste 310, Troy, MI 48084-4736 |
| 16698534 | | EDI: CITICORP | Aug 06 2026 05:39:00 | Tractor Supply Card/Citiibank, Attn: Bankruptcy, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 16698533 | | EDI: CITICORP | Aug 06 2026 05:39:00 | Tractor Supply Card/Citiibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16698535 | | Email/Text: bknotice@upgrade.com | Aug 06 2026 01:57:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 16698536 | | Email/Text: bknotice@upgrade.com | Aug 06 2026 01:57:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 16698537 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2026 01:59:46 | WebBank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | |
| | on behalf of Debtor Ranae Wendy Covey julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0315-2 User: auto Page 4 of 4

Date Rcvd: Aug 05, 2026 Form ID: 309iPGH Total Noticed: 53

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 3