IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Ranae Wendy Covey, | ) Bankruptcy No. 26-22179-GLT |
| Debtor(s) | ) |
| | ) Docket No. |
| Ranae Wendy Covey, | ) |
| Movant(s) | ) |
| | ) |
| V. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee | ) |
| Respondents | ) |

**NOTICE OF PLAN PAYMENT VIA TFS**

Ranae Wendy Covey, , the Debtor, respectfully represents as follows:

1. A Chapter 13 case was filed on August 4, 2026.

2. Debtor desires to make her Plan payments via TFS, have registered with TFS and has taken all necessary steps to initiate the Plan payments to the Trustee through TFS.

WHEREFORE, Ranae Wendy Covey, the Debtor, respectfully file this Notice of Plan Payment via TFS in compliance with W.P.A.LBR 3015-2(i).

Respectfully submitted,

October 16, 2026____
Date

_/s/Kenneth Steidl____
Kenneth Steidl, Esquire
Attorney for the Debtor
Steidl &; Steinberg, P.C.
436 Seventh Ave, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA.I.D. No. 34965
ken.steidl@steidl-steinberg.com